First National Bank of Detroit, Michigan, Respondent, v. Harry B. Hollins and Another, Defendants, Impleaded with Rafael R. Govin, Appellant.— Order affirmed, with ten dollars costs and disbursements.  The question as to the acceptance of the pleading is academic, and the application for the stay should be denied.  (See Gibbons v. Bush Co., Ltd.,

115 App. Div. 619.)  Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.